## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIMOTHY BLANKENSHIP**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **ONE WORLD FOODS, INC. d/b/a STUBBS LEGENDARY BAR-B-Q,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 16-cv-1168-MJR-DGW |

### JUDGMENT IN A CIVIL ACTION

**REAGAN, Chief Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the parties' joint stipulation (Doc. 77) and the Court's Order acknowledging same (Doc. 78), this case was dismissed with prejudice as to the named Plaintiff's claims (and without prejudice as the claims of any putative class members, no class having been certified), each party to bear his/her/its own costs.

IT IS SO ORDERED.

DATED: April 24, 2018

                                                      JUSTINE FLANAGAN, Acting Clerk of Court
                                                      *s/ Reid Hermann*
                                                      Deputy Clerk

Approved: *s/ Michael J. Reagan*
Michael J. Reagan, U.S. District Judge